

## NUMBER 13-19-00422-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

CONRADO TOVAR JR.,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                            Appellee.

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellant, Conrado Tovar Jr., attempts a second appeal of his February 25, 2019

conviction for murder in trial court cause number CR-4758-17-E. This Court previously

issued a memorandum opinion and judgment on August 8, 2019, regarding this trial court cause number in cause number 13-19-00117.[1]

On September 4, 2019, the Clerk of this Court notified appellant that it appeared the Court did not have jurisdiction and requested correction of this defect within ten days or the appeal would be dismissed. Appellant has responded by filing a motion for extension to file brief and motion for clerk's record.

This Court lacks jurisdiction to consider a second appeal from appellant's final conviction. The exclusive post-conviction remedy in final felony convictions in Texas courts is through a writ of habeas corpus pursuant to Texas Code of Criminal Procedure 11.07. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (providing that "[a]fter conviction, the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner"); *Ater v. Eighth Court of Appeals,* 802 S. W.2d 241 (Tex. Crim. App. 1991).

Accordingly, this appeal is DISMISSED for lack of jurisdiction. *See* TEX. R. APP. P.42.3(a), 43.2(f). All pending motions are dismissed as moot.

JAIME TIJERINA,
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this
24th day of October, 2019.

---

[1] This Court dismissed the appeal on a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

2